### No. 4700.

### John E. Breaux *v.* J. B. Lejeune.

This is a controversy for the office of sheriff of the parish of Pointe Coupee. The suit is brought in plaintiff's own name. He mistook his remedy. The proceeding should have been under the "Intrusion Act." It was not authorized by act No. 41, of the acts of 1873.

APPEAL from the Seventh Judicial District Court, parish of Pointe Coupee. *Hewes*, J. *Wickliffe & Fisher, Farrar & Montgomery,* for plaintiff and appellee. *E. Phillips* and *A. D. M. Haralson,* for defendant and appellant.

WYLY, J. This is a controversy for the office of sheriff of the parish of Pointe Coupee, and from the judgment decreeing the plaintiff to be the legal sheriff, the defendant appeals.

The suit is brought in plaintiff's own name. We think he has mistaken his remedy. The proceeding should have been under the "Intrusion Act." Hays v. Thompson, 21 An. 655; State v. Delassize, 21 An. 710; State v. Dranguet, 23 An. 784.

The suit was not authorized by act No. 41 of the acts of 1873, as claimed by the plaintiff.

It is, therefore, ordered that the judgment herein be annulled; and it is now ordered that the injunction be dissolved, and this suit be dismissed, at plaintiff's costs in both courts.